## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISHMAEL A. BURK,               :
    *Plaintiff,*               :
                        :
    v.               :        CIVIL ACTION NO. 26-CV-4772
                        :
OFFICER WALLACE, *et al.*               :
    *Defendants.*               :

### ORDER

AND NOW, this 23rd day of July, 2026, upon consideration of Plaintiff Ishmael A. Burk's Motion to Proceed *In Forma Pauperis* (Dkt. No. 2), and Complaint (Dkt. No. 1) it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

4.    The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
_____
**Gerald J. Pappert, J.**